# U.S. District Court

## Georgia Northern - Gainesville

Receipt Date: Jun 22, 2026 4:43PM

Thiaw Housseinou
3328 Abbey Way
Gainesville, GA 30507

Rcpt. No: 200000624 Trans. Date: Jun 22, 2026 4:43PM Cashier ID: #DM (3386)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201B* | Civil Filing Fee/PLRA-Non-Installment/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |

**Comments:** Filing Fee for case 2:26-CV-210

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.