IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **HOUSSEINOU THIAW,**<br>Plaintiff, pro se,<br><br>v.<br><br>**NORTHLAND INVESTMENT CORPORATION,**<br>Defendant. | Civil Action No.<br>2:26-cv-0210 |

# CLERK'S TRANSMITTAL LETTER - RETURN OF SERVICE EXECUTED

September 18, 2026

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville
SEP 18 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Clerk of Court
United States District Court
Northern District of Georgia
Gainesville Division
121 Spring Street SE, Room 201
Gainesville, GA 30501-3789

Dear Clerk:

Please file the enclosed signed AO 440 Proof of Service and docket it as **Return of Service Executed as to Northland Investment Corporation** in the above-captioned action.

The return states that Northland Investment Corporation was served through its registered agent, FILEJET INC., on September 9, 2026, at 3:13 p.m.

Respectfully submitted,

[signature]

**Housseinou Thiaw**, Plaintiff pro se

Mailing address: 3328 Abbey Way

City, State, ZIP: Gainesville, GA 30507

Telephone: 678-733-1211

Email: personal.hthiaw@icloud.com

Enclosure: Signed AO 440 Proof of Service (1 page)
Bring a second copy and ask the Clerk to stamp it 'Filed' for your records.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-0210**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Northland Investment Corporation** was received by me on **9/08/2026**:

☐ I personally served the **Exhibit; Complaint; Summons; CIVIL COVER SHEET; PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **FILEJET INC**, who is designated by law to accept service of process on behalf of **Northland Investment Corporation** at **11175 Cicero Drive Suite 191, Alpharetta, GA 30022** on **09/09/2026 at 3:13 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 156.00** for services, for a total of **$ 156.00**.

I declare under penalty of perjury that this information is true.

Date: 09/09/2026

[signature]

*Server's signature*

Ibrahim Dadeowo

*Printed name and title*

**8306 Lakefield PL**
**Johns Creek, GA 30097**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Complaint; Summons; CIVIL COVER SHEET; PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM, to FILEJET INC with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Tracking #: 0240983152