**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| HOUSSEINOU THIAW,<br><br>*Plaintiff,*<br><br>v.<br><br>NORTHLAND INVESTMENT CORPORATION,<br><br>*Defendant.* | Civil Action No.<br>2:26-CV-00210-SCJ-AWH |

**DEFENDANT NORTHLAND INVESTMENT CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Under Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the Northern District of Georgia, Defendant Northland Investment Corporation makes the following disclosures:

**1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- Plaintiff Housseinou Thiaw
- Defendant Northland Investment Corporation: Lawrence R. Gottesdiener is the sole shareholder of Northland Investment Corporation. Northland Investment Corporation does not have any parent corporations. No publicly

held corporation owns 10% or more of the stock of Northland Investment Corporation.

**2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- Defendant is unaware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcomes of this particular case.

**3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding.**

Henry D. Fellows, Jr.
Georgia Bar No. 257825
hfellows@fellab.com
Kathleen Kassa
Georgia Bar No. 836280
kkassa@fellab.com
FELLOWS LABRIOLA LLP
233 Peachtree St NE
Suite 2400
Atlanta, Georgia 30303

-and-

Natalie C. Groot
Massachusetts BBO No. 693461
Monica Bracey Towle

Housseinou Thiaw
3328 Abbey Way
Gainesville, Georgia 30507
(678) 308-8698
personal.hthiaw@icloud.com

*Plaintiff Pro Se*

Massachusetts BBO No. 712109
ncgroot@mintz.com
mbtowle@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111

*Attorneys for Defendant Northland Investment Corporation*

**4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

- Plaintiff Housseinou Thiaw is an individual who is a resident of the State of Georgia.
- Defendant Northland Investment Corporation is a corporation incorporated under the laws of the Commonwealth of Massachusetts. Lawrence R. Gottesdiener is the sole shareholder of Northland Investment Corporation. Northland Investment Corporation does not have any parent corporations.

Respectfully submitted, this 29th day of September, 2026.

**FELLOWS LABRIOLA LLP**

*/s/ Henry D. Fellows, Jr.*
Henry D. Fellows, Jr.
Georgia Bar No. 257825
hfellows@fellab.com

Kathleen Kassa
Georgia Bar No. 836280
kkassa@fellab.com
233 Peachtree Street, N.E.
Harris Tower, Suite 2400
Atlanta, Georgia 30303
(404) 586-9200

-and-

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

Natalie C. Groot*
Massachusetts BBO No. 693461
Monica Bracey Towle*
Massachusetts BBO No. 712109
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
ncgroot@mintz.com
mbtowle@mintz.com

**Pro Hac Vice*

*Attorneys for Defendant Northland Investment Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29th, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I further certify that I have served a copy upon the Plaintiff by first-class United States mail, postage prepaid, and email, addressed as follows:

Housseinou Thiaw
personal.hthiaw@icloud.com
3328 Abbey Way
Gainesville, Georgia 30507

*Plaintiff Pro Se*

Respectfully submitted, this 29th day of September, 2026.

*/s/ Henry D. Fellows, Jr.*
Henry D. Fellows, Jr.